**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AUTO OWNERS INSURANCE COMPANY,

Plaintiff,

v.

MARY ANN MATTISON,

Defendant.

Civil No. 01-107 (DWF/RLE)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss or Stay Action, Docket No. 3, is referred to Magistrate Judge Raymond L. Erickson.

Counsel is directed to contact Vicki Miller, Magistrate Judge Erickson's Calendar Clerk, at 218-529-3520, to reschedule the motion.

Dated: February 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 28 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________