**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AUTO OWNERS INSURANCE COMPANY, Civil No. 01-107 (DWF/RLE)

Plaintiff,

v. **ORDER**

MARY ANN MATTISON,

Defendant.

On November 1, 1996, new local rules for the District of Minnesota were adopted by the Judges of the District. Specific changes were made to the procedures for filing and serving dispositive motions, as outlined in Local Rule 7.1. Local Rule 7.1 classifies motions for dismissal as dispositive. These rules became effective on November 1, 1996.

On March 14, 2001, counsel for the Plaintiff in this case submitted to the Clerk of the District Court documents entitled "Motion for Summary Judgment" (Doc. No. 9), "Memorandum in Support of Motion for Summary Judgment" (Doc. No. 10), and "Affidavit of Curt Lundberg" with attached exhibits regarding memorandum and motion for summary judgment (Doc. No. 11). These filings are inconsistent with the local rules.

THEREFORE, based on all of the files, records, and proceedings herein, **IT IS ORDERED** THAT:

1. The Clerk of Court is directed to remove the above-listed documents from the official file in this matter.

2. The originals of these documents, and all copies provided by counsel shall be returned, via U.S. mail, to the attorneys who submitted them.

Filed MAR 15 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

3. The attorneys in this matter shall follow the procedures outlined in the local rules, as amended and adopted on November 1, 1996. Copies of the local rules are available through the office of the Clerk of Court.

Dated: March 15, 2001

DONOVAN W. FRANK
United States District Court Judge