UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Auto Owners Insurance Company,

Plaintiff,

vs. ORDER

Mary Ann Mattison,

Defendant. Civ. No. 01-107 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That the Defendant's Motion to Dismiss [Docket No. 6] is denied, and the Defendant's Alternative Motion to Stay [Docket No. 6] is granted.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: July 9, 2001
At St. Paul, Minnesota

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS