UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Auto Owners Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Mary Ann Mattison,<br><br>Defendant. | ) | Case No. 01-107 (DWF/RLE)<br><br>ORDER FOR JUDGMENT |

Upon reading and filing the foregoing stipulation, it is now, in accordance therewith,

ORDERED that the above entitled action and all of the claims between all of the parties as set forth in the pleadings be and the same are hereby dismissed WITH PREJUDICE and without costs, disbursements or attorney's fees to any of the parties.

LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.

DATED this 15th day of February 2002.

BY THE COURT:

THE HONORABLE DONOVAN W. FRANK
JUDGE OF THE U.S. DISTRICT COURT

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 19 2002
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Auto Owners Insurance Company,

Plaintiff,

vs.

Mary Ann Mattison,

Defendant.

Case No. 01-107 (DWF/RLE)

STIPULATION FOR DISMISSAL WITH PREJUDICE

The above entitled action having been fully, finally, and completely compromised and settled between the parties, for valuable consideration, the receipt and sufficiency whereof is hereby acknowledged by all parties, it is hereby

STIPULATED AND AGREED by and between the parties hereto that the above entitled action be, and the same is hereby dismissed WITH PREJUDICE and on its merits and without costs, attorney's fees or expenses awarded to any party and that any party may forthwith and without notice to the others apply to this Court pursuant to the provisions of this stipulation for an order that judgment be forthwith entered in accordance therewith.

Dated this 4th day of Feb 2002.

By: ______________________

Gary M. Hazelton (165414)
Hazelton & Rodgers, P.C.
1421 Bemidji Avenue, Suite 2
Bemidji, MN 56619-0978
ATTORNEYS FOR PLAINTIFF

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated this 31st day of January 2002.

By: ______________________

William P. Harrie (0175742)
Nilles, Hansen & Davies, Ltd
1401 – 8th Street South
Post Office Box 677
Moorhead, MN 56561-0677
Telephone: (218) 233-7407
ATTORNEYS FOR PLAINTIFF